UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE GIESEY,<br>                Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS FOR THE<br>UNIVERSITY SYSTEM OF GEORGIA,<br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-2693-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendant's Motion to Dismiss and the court having granted said motion, it is

**Ordered and Adjudged** that the defendant recover its costs of this action, and this action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 10th day of March, 2017.

JAMES N. HATTEN
CLERK OF COURT

By:   S/Jill Ayers
Jill Ayers, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 10, 2017
James N. Hatten
Clerk of Court

By:   S/Jill Ayers
       Deputy Clerk